# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

| | |
|---|---|
| **JOHN DOE #11,** | |
| **Plaintiff,** | |
| *vs*. | Case No. 3:22-cv-00338 |
| **WILLIAM B. LEE,** *et al.*, | |
| **Defendants.** | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE DECLARATION UNDER SEAL

Pursuant to Local Rule 5.03, Plaintiff moves the Court for leave to file his second declaration in support of his motion for a temporary restraining order and preliminary injunction under seal. In support of this motion, Plaintiff states:

1. Plaintiff has moved the Court for an order permitting him to proceed under a pseudonym and requiring that "[a]ll documents filed with the court that contain plaintiff's name or information that identifies plaintiff or his family members, directly or indirectly…shall be redacted or filed under seal."

2. Plaintiff needs to file his second declaration in support of his motion for a temporary restraining order and preliminary injunction. That declaration discloses his true name and other detailed information (*e.g.,* the name of his reporting officer) that in combination could realistically be used to identify Plaintiff.

3. Plaintiff has attached a redacted version of his declaration to his reply in support of his motion for a temporary restraining order and preliminary injunction.

4. Sealing this information is a narrowly tailored means to avoid identifying Plaintiff, protect his legitimate interest in avoiding unwarranted opprobrium, humiliation, and harassment

from bringing these actions, and preserve his chance to no longer be publicly identified as a registered sex offender if he prevails in this action.

Plaintiff therefore requests the Court to grant the relief requested above and any other necessary or proper relief.

Dated: May 20, 2022.

        Respectfully submitted:

        /s/ W. Justin Adams
        Edward M. Yarbrough (TN BPR # 004097)
        Jonathan P. Farmer (TN BPR # 020749)
        W. Justin Adams (TN BPR # 022433)
        SPENCER FANE LLP
        511 Union Street, Suite 1000
        Nashville, Tennessee 37219
        Telephone: 615-238-6300
        eyarbrough@spencerfane.com
        jfarmer@ spencerfane.com
        wjadams@ spencerfane.com

        Plaintiff's Counsel

## CERTIFICATE OF SERVICE

I certify that on May 20, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by email:

Rob Mitchell, Esq.
Cody N. Brandon, Esq.
Miranda H. Jones, Esq.
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
robert.mitchell@ag.tn.gov
cody.brandon@ag.tn.gov
miranda.jones@ag.tn.gov

Counsel for Defendants

/s/W. Justin Adams
W. Justin Adams