> The motion is granted. The response is now due on or before August 31, 2022.
>
> *Eli Richardson*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| JOHN DOE #11, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:22-cv-00338 |
| ) | |
| WILLIAM B. LEE, in his official capacity ) | Judge Richardson |
| as Governor of the State of Tennessee, and ) | |
| ) | |
| DAVID B. RAUSCH, in his official ) | |
| capacity as Director of the Tennessee ) | |
| Bureau of Investigation, ) | |
| ) | |
| Defendants. ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR REVIEW

Defendants William B. Lee, Governor of the State of Tennessee, and Tennessee Bureau of Investigation ("TBI") Director David B. Rausch respectfully move under Fed. R. Civ. P. 6(b) and Local Rule 6.01(a) for an extension of time until August 31, 2022, to respond to Plaintiff's Motion for Review of Nondispositive Order of Magistrate Judge (Doc. 42) Denying Motion to Proceed Under Pseudonym and for Protective Order. (D.E. 44, 45.) Plaintiff filed this motion on July 7, 2022, which means Defendants response would be due on July 21, 2022. Local Rule 7.01. However, in order to respond, Defendants need to take the deposition of Plaintiff, and due to scheduling complications, Plaintiff and counsel for the parties have agreed to take Plaintiff's deposition on August 19, 2022.